UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL     JS-6

Case No.   5:25cv00389 DDP (PVC)      Date: April 16, 2025

Title   *MELANIE STEWART v. ELISEO RICOLCOL*

Present: The Honorable:    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

    Plaintiff has not paid the appropriate filing fee, nor filed any Request to Proceed Without Prepayment of Filing Fees. Accordingly, this action is DISMISSED, without prejudice. See Dkt. #2.

    00:00
**Initials of Preparer**     CMJ